IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:15-cv-108-BO

| | |
|---|---|
| JONATHAN BREAREY, SARA COURTNEY, LINDA KASS, ROBERT KASS, FRANCES MACCALLUM, JOHN MACCALLUM, BARBARA NARDELLA, MICHAEL NARDELLA, JOAN PARKIN, ROBERT PARKIN, BRENDA PICKERING, PHILIP PICKERING, CHRISTINE RIGNEY, PATRICK RIGNEY, CHRISTOPHER ROCCO, JYOTI CHATLANI ROCCO, ELAINE ROWINSKI, STEVEN ROWINSKI, ALLISON SEN, ROHAN SEN, DAVID SHERMAN, SANDRA SHERMAN, DANNY WALKER, AND JEAN WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> COASTAL COMMUNITIES AT OCEAN RIDGE PLANTATION, INC., COASTAL COMMUNITIES AT OCEAN RIDGE PLANTATION, LLC, COASTAL COMMUNITIES, INC., MARK A. SAUNDERS, DEBORAH BOODRO, MAS PROPERTIES, LLC, THE MORTGAGE COMPANY OF BRUNSWICK, INC., AND BRENDAN GORDON, <br><br> Defendants. | **CONSENT ORDER** |

NOW COME Defendants and Plaintiffs and move the Court to enter this Order remanding the captioned action to Brunswick County Superior Court, from which it was removed by Defendants on May 20, 2015. Defendants removed the captioned action to this Court on the grounds that it involves federal question under the Interstate Land Sales Full Disclosure Act ("ILSA"), 15 U.S.C. § 1701 *et seq.*, but 15 U.S.C. § 1719 provides that "[n]o case arising under this chapter and brought in any State court of competent jurisdiction shall be

removed to any court of the United States, except where the United States or any officer or employee of the United States in his official capacity is a party."

NOW THERFORE it is hereby ORDERED that the captioned action be and hereby is remanded to Brunswick County Superior Court.

This the 28th day of May, 2015.

HODGES COXE POTTER & PHILLIPS, LLP      GRAEBE HANNA & SULLIVAN, PLLC

/s/ C. Wes Hodges, II
C. Wes Hodges, II, NCSB No. 21575
Sarah R. Buzzard, NCSB No. 35526
3907-100 Wrightsville Avenue
Wilmington, North Carolina 28403
Telephone:   (910) 772-1678
Fax:         (910) 799-7119
Email:       whodges@hcpplaw.com
             sbuzzard@hcpplaw.com
*Counsel for Plaintiffs*

/s/ Christopher T. Graebe
Christopher T. Graebe, NCSB No. 17416
Mark R. Sigmon, NCSB No. 37762
4350 Lassiter at North Hills Ave., Suite 375
Raleigh, North Carolina 27609
Telephone:   (919) 863-9090
Fax:         (919) 863-9095
Email:       cgraebe@ghslawfirm.com
             msigmon@ghslawfirm.com
*Counsel for Defendants*

SO ORDERED, this the 11 day of June, 2015.

*[signature]*
Hon. Terrence W. Boyle
United States District Judge

2